# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2020

## NO. 03-18-00722-CV

**South Houston Taverns, Inc., Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and
Ken Paxton, Attorney General of the State of Texas, Appellees**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on October 12, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The State Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.